Ovidio Oviedo, Jr. No. 210311
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, California 93721
Telephone:  (559) 441-7991
Facsimile: (559) 441-8170

Attorneys for:  Defendants CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPARTMENT, ERIC MATLOCK, GLEN DAVIS and SCOTT THATCHER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE SANDERS and KEN McDANIEL,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPARTMENT, ERIC MATLOCK, GLENN DAVIS, SCOTT THATCHER and DOES 1 through 10, inclusive, sued both in their individual and official capacities,<br><br>　　　　Defendants. | Case Number 1:04-cv-5541 AWI TAG<br><br>STIPULATION TO CONTINUE THE SETTLEMENT CONFERENCE AND ORDER THEREON |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above-entitled action through their respective counsel, that the Settlement Conference currently scheduled for April 28, 2005 at 10:00 a.m., be continued to July 7, 2005 at 10:00 a.m. before U.S. Magistrate Judge Theresa A. Goldner in Bakersfield, California.

　　　　IT IS FURTHER STIPULATED that the Confidential Settlement Conference Statement shall be filed by parties' counsel five (5) days prior to the conference.

DATED: April 26, 2005

By: /s/ ELLEN ELLISON
    _____
    ELLEN ELLISON,
    Attorney for Plaintiff

DATED: April 26, 2005            MARDEROSIAN, RUNYON, CERCONE,
                                 LEHMAN & ARMO

By: /s/ OVIDIO OVIEDO, JR.
    _____
    OVIDIO OVIEDO, JR.,
    Attorney for Defendants

**ORDER**

The stipulation of the parties having been read and considered by the Court, and good cause appearing therefor:

IT IS HEREBY ORDERED that the Settlement Conference currently scheduled for April 28, 2005 at 10:00 a.m., is continued to July 7, 2005 at 10:00 a.m. before U.S. Magistrate Judge Theresa A. Goldner, to be conducted in Judge Goldner's chambers located at 1200 Truxtun Avenue, Suite 120, Bakersfield, California.

IT IS FURTHER ORDERED that the parties' counsel are to prepare and file Confidential Settlement Conference Statements, to be delivered to Judge Goldner no later than five (5) days prior to the Settlement Conference.

IT IS SO ORDERED.

**Dated:   April 27, 2005**            /s/ Theresa A. Goldner
j6eb3d                                 UNITED STATES MAGISTRATE JUDGE