# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE SANDERS and KEN McDANIEL,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPARTMENT, ERIC MATLOCK, GLEN DAVIS, SCOTT THATCHER and DOES 1 through 10, inclusive, sued both in their individual and official capacities<br><br>　　　　　　　Defendants.<br>_____ | CIV-F 04-5541 AWI TAG<br><br>ORDER MOVING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT TO JUNE 6, 2005 |

　　　Defendants' motion for summary judgment is pending in this action and is currently set for hearing on Monday, May 23, 2005. The court has determined that it is necessary to reschedule Defendants' motion. Therefore, IT IS HEREBY ORDERED that the previously set hearing date is VACATED, and the hearing on this matter is set for Monday, June 6, 2005 ant 1:30 PM.

IT IS SO ORDERED.

Dated:　　May 16, 2005　　　　　　　　　　　　/s/ Anthony W. Ishii
h7ehd6　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE