UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE SANDERS and KEN McDANIEL,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPARTMENT, ERIC MATLOCK, GLEN DAVIS, SCOTT THATCHER and DOES 1 through 10, inclusive, sued both in their individual and official capacities<br><br>　　　　　　Defendants. | CIV-F 04-5541 AWI TAG<br><br>ORDER VACATING SCHEDULING CONFERENCE ON OCTOBER 17, 2005 |

　　　Defendants have filed a motion to reconsider the court's Order of September 30, 2005 re: both parties' motions for summary adjudication. Doc. 56.  Therefore, IT IS HEREBY ORDERED that the scheduling conference set for 2:30 PM on October 17, 2005 is VACATED.

IT IS SO ORDERED.

Dated:　October 14, 2005　　　　　　　　　　／s/ Anthony W. Ishii
0m8i78　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE