UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE SANDERS and KEN McDANIEL,<br><br>                Plaintiffs,<br><br>    v.<br><br>CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPARTMENT, ERIC MATLOCK, GLEN DAVIS, SCOTT THATCHER and DOES 1 through 10, inclusive, sued both in their individual and official capacities<br><br>                Defendants. | CIV-F 04-5541 AWI TAG<br><br>ORDER VACATING HEARING DATE OF APRIL 30, 2007 AND TAKING MATTER UNDER SUBMISSION |

On March 15, 2007, Defendants noticed for hearing and decision a motion for reconsideration of the court's September 30, 2005 Order granting in part and denying in part cross motions for summary adjudication. Doc. 53.  The matter was scheduled for oral argument on April 30, 2007.  Plaintiffs have not filed any opposition to the motion.  The court has reviewed the papers and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 30, 2007,  is VACATED, and no party shall appear at that time.  The matter is taken under submission.

IT IS SO ORDERED.

Dated:   April 23, 2007                                     /s/ Anthony W. Ishii
                                                                 UNITED STATES DISTRICT JUDGE