UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE SANDERS and KEN McDANIEL,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPARTMENT, ERIC MATLOCK, GLEN DAVIS, SCOTT THATCHER and DOES 1 through 10, inclusive, sued both in their individual and official capacities<br><br>    Defendants. | CIV-F 04-5541 AWI TAG<br><br>ORDER VACATING HEARING DATE OF NOVEMBER 5, 2007 AND TAKING MATTER UNDER SUBMISSION |

  Plaintiffs have made a motion to have the court's order of September 30, 2005 (Doc. 53) certified for interlocutory appeal. Docs. 69 and 70. Defendants have filed an opposition and Plaintiffs have filed a reply. Docs. 71 and 73. The hearing on the motion was set for November 5, 2007 at 1:30 PM. The court has reviewed the papers filed and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 5, 2007, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:  October 31, 2007       /s/ Anthony W. Ishii
                   UNITED STATES DISTRICT JUDGE