UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE SANDERS and KEN McDANIEL,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPARTMENT, ERIC MATLOCK, GLEN DAVIS, SCOTT THATCHER and DOES 1 through 10, inclusive, sued both in their individual and official capacities<br><br>　　　　　Defendants. | CIV-F 04-5541 AWI TAG<br><br>ORDER VACATING TRIAL DATE |

　　　The trial in this date was scheduled for July 22, 2008. The parties have stipulated to vacating the date and continuing the trial until the fall. Doc. 81. The trial date and all scheduled deadlines associated with that date are vacated.

　　　At the May 30, 2008 hearing, Plaintiffs indicated a wish to file another summary judgment motion based on new precedent. Plaintiffs are granted leave to file a motion to reopen dispositive motions. The motion must be filed by 4 PM, June 27, 2008. Any opposition must be filed by 4 PM, July 11, 2008. Any reply must be filed by 4 PM, July 18, 2008. Oral argument on the motion is set for 1:30 PM, Monday, August 4, 2008. That hearing will also serve as a status conference to set a future trial date.

IT IS SO ORDERED.

Dated:　　May 31, 2008　　　　　　　　　　／s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE