# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE SANDERS and KEN McDANIEL,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPARTMENT, ERIC MATLOCK, GLEN DAVIS, SCOTT THATCHER and DOES 1 through 10, inclusive, sued both in their individual and official capacities<br><br>　　　　　　　Defendants. | CIV-F 04-5541 AWI TAG<br><br>ORDER VACATING HEARING DATE OF AUGUST 4, 2008 AND TAKING MATTER UNDER SUBMISSION |

　　　Plaintiffs have made a motion to reopen dispositive motions. Doc. 84. Defendants have filed an opposition. Doc. 85. Plaintiffs have filed a reply. Doc. 86. The hearing on the motion was set for August 4, 2008 at 1:30 PM. The court has reviewed the papers filed and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

　　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 4, 2008, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　　July 31, 2008　　　　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

1