# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE SANDERS and KEN McDANIEL,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPARTMENT, ERIC MATLOCK, GLENN DAVIS, SCOTT THATCHER, and DOES 1 through 10, inclusive, sued in both their individual and official capacities,<br><br>　　　　　　Defendants. | Case No. 1:04-CV-O5541 AWI TAG<br><br>ORDER VACATING SEPTEMBER 29, 2008, HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

　　　Plaintiffs' motion for reconsideration has been set for hearing in this case on September 29, 2008. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 29, 2008, is VACATED, and the parties shall not appear at that time. As of September 29, 2008, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　September 24, 2008　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE