UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE SANDERS and KEN McDANIEL,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPARTMENT, ERIC MATLOCK, GLEN DAVIS, SCOTT THATCHER and DOES 1 through 10, inclusive, sued both in their individual and official capacities<br><br>　　　　　　Defendants. | CIV-F 04-5541 AWI TAG<br><br>ORDER VACATING HEARING DATE OF OCTOBER 5, 2009 AND TAKING MATTER UNDER SUBMISSION |

　　　Plaintiffs have made a motion for reconsideration. The matter is set for hearing on October 5, 2009 at 1:30 PM. Defendants have filed an opposition and Plaintiffs have filed a reply. The court has reviewed the papers filed and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

　　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 5, 2009 is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　September 29, 2009　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

1