# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE SANDERS and KEN McDANIEL,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPARTMENT, ERIC MATLOCK, GLEN DAVIS, SCOTT THATCHER and DOES 1 through 10, inclusive, sued both in their individual and official capacities<br><br>　　　　　　　Defendants. | CIV-F 04-5541 AWI TAG<br><br>ORDER RE: PLAINTIFFS' FAILURE TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO MOTIONS IN LIMINE |

　Per the pretrial order, motions in limine were due November 25, oppositions were due December 9, and replies are due December 16, 2009. Doc. 111, at 34:12-26. The motions in limine hearing will be held on December 21, 2009. Both sides timely filed their motions in limine. Defendants timely filed their oppositions and statements of non-opposition. As of December 14, Plaintiffs have not filed any opposition or notice of non-opposition to Defendants' motions in limine. Given the tight schedule and Plaintiffs' failure to follow the pretrial order deadline, the court will no longer consider any opposition filed by Plaintiffs. Plaintiffs are construed to be unopposed to Defendants' motions in limine. The court will address all motions in limine at the scheduled hearing.

IT IS SO ORDERED.

Dated:　　December 14, 2009　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE