UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE SANDERS and KEN McDANIEL, | Case Number 1:04-CV-5541 AWI JLT |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPARTMENT, GLEN DAVIS, SCOTT THATCHER | *Trial Date: January 12, 2010*<br>*The Honorable Anthony W. Ishii* |
| Defendants. | |

A jury of eight was impaneled on January 12, 2010 to hear all of the evidence in the trial of the above matter. After hearing all of the evidence, the jury rendered a verdict which is attached hereto as Exhibit "A" in favor of Defendants City of Bakersfield, Bakersfield Police Department, Glen Davis, and Scott Thatcher and against Plaintiff Arlene Sanders on January 14, 2010. Furthermore, the case of Plaintiff Kenton (Ken) McDaniel was dismissed on January 12, 2010 with prejudice based upon Plaintiff McDaniel's counsel's motion to dismiss and the granting of said motion by the court.

THEREFORE, JUDGMENT IS HEREBY ENTERED in favor of Defendants City of Bakersfield, Bakersfield Police Department, Glen Davis, and Scott Thatcher against Plaintiffs Arlene Sanders and Kenton (Ken) McDaniel as to any and all claims arising out of the above action.

/ / /

1  Costs to be awarded to Defendants City of Bakersfield, Bakersfield Police Department,
2  Glenn Davis, and Scott Thatcher pursuant to motion.

4  IT IS SO ORDERED.
5  Dated:   January 22, 2010                        /s/ Anthony W. Ishii
                                                    CHIEF UNITED STATES DISTRICT JUDGE